M. W. Goldstein, appellee, v. Aleck McAlonan et al., defendants. Appeal of Charles W. Irrgang and Edith Irrgang, appellants. Gen. No. 39,985.

644

 Heard
in the third division of this court for the first district at the February
term, 1938. Opinion filed November 30, 1938.
Pritzker & Pritzker, for appellants; Richard Weinberger, of counsel.
Samuel Z. Goldman and Benjamin B. Goldman, for appellee.
Mr. Presiding Justice Hall delivered the opinion of the court.